IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR SMALLS | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 17-3985 |
| | : | |
| ALAN ELHYANI and | : | |
| P/O ARTHUR COMAS | : | |
| (BADGE #3479) | : | |
| | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 5th day of February, 2019, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 13) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED for the reasons set forth in the preceding Memorandum Opinion and Judgment is entered in favor of Defendants as a matter of law on all of the Counts set forth in the Plaintiff's Complaint.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.